# Michael T. Cornacchia
ATTORNEY AT LAW

260 Madison Avenue
22nd Floor
New York, New York 10016

Tel: 646-278-4297
Cell: 917-747-8950
mcornacchia@mtclegal.com
www.mtclegal.com

March 19, 2021

**<u>By ECF</u>**
The Honorable J. Paul Oetken
United States District Judge
United States District Court, S.D.N.Y.
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: United States v. Carl Garofalo, Sr. et al. 20 CR 162 (JPO)

Your Honor:

     We represent Carl Garofalo, Sr. in the above-captioned case. We write to request that the home address of Mr. Garofalo's parents, who have been approved as co-signors on Mr. Garofalo's Personal Recognizance Bond ("PRB") and will execute it shortly be redacted on its copy filed on the Court's Docket. The Garofalos are an elderly retired couple, and the redaction would preserve their privacy while their address will be known to the Court and Government for whatever purposes necessary.

     I have been in contact with Assistant United States Attorney Sarah Mortazavi, a member of the prosecution team, and made her aware of this application. She indicates that her Office has no objection.

     There has been no prior request made for similar relief.

Based on the foregoing, it is respectfully requested that the Court order that the address of the Garofalos be redacted on the copy of the PRB entered on the Court Docket.

Respectfully submitted,

Michael T. Cornacchia
Carla M. Sanderson

Cc: Counsel of Record via ECF

Granted.
So ordered.
3/22/2021

J. PAUL OETKEN
United States District Judge