

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 1, 2021

**VIA ECF AND EMAIL TO CHAMBERS**

The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> **Re:** *United States v. Carl Garofalo*, 20 Cr. 162 (JPO)

Dear Judge Oetken:

The Government writes to request that the Court convene a video-conference proceeding for a change of plea for defendant Carl Garofalo. The Government understands that the Court has availability for such a proceeding on either June 7 or June 9, 2021, at or after 3:30 p.m. The Government has conferred with counsel for Mr. Garofalo and understands that those times would be available for both parties, as well.

Finally, the Government, on consent of counsel for Mr. Garofalo, respectfully requests that Mr. Garofalo be excused from participating in the status conference currently scheduled for June 2, 2021, and that time be excluded through the date of the scheduled change of plea proceeding under the Speedy Trial Act in the interest of justice and in order to allow the parties to finalize a proposed resolution of this case as it relates to Mr. Garofalo.

> A change of plea hearing, by video conference, is scheduled for June 10, 2021, at 10:30 am. The Court hereby excludes time through June 10, 2021, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
> So ordered:
> June 2, 2021

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by: __/s/ Andrew Adams_____
Sarah Mortazavi
Andrew Adams
Assistant United States Attorneys

_____
J. PAUL OETKEN
United States District Judge