

**CARLA SANDERSON**

ATTORNEY  NY, NJ, SDNY, EDNY

260 MADISON AVENUE  FL 22  
NEW YORK, NEW YORK 10016  
carla@carlasandersonlaw.com

T 646.499.3818  
F 646.499.3814  
carlasandersonlaw.com

July 22, 2021

<u>**Via ECF**</u>

The Honorable J. Paul Oetken  
United States District Judge  
Southern District of New York  
40 Foley Square  
New York, NY 10007

Re:   <u>United States v. Carl Garofalo</u>  
1:20-cr-00162-JPO

Dear Judge Oetken,

    Michael Cornacchia and I represent Carl Garofalo in the above-captioned case. I write to inform the Court that Mr. Garofalo's father, Carl Charles Garofalo, a signatory on Mr. Garofalo's bond, passed away on July 20, 2021. Accordingly, we respectfully request that he be removed from Mr. Garofalo's bond. The parties have no other requested changes to Mr. Garofalo's bond.

    The government (by Assistant U.S. Attorney Andrew Adams) consents to this request. I thank the Court for its consideration.

Granted.  
So ordered.  
7/23/2021

Respectfully submitted,

/s  
_____  
Carla Sanderson

_____  
J. PAUL OETKEN  
United States District Judge