```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :    1:20-CR-00162-JPO-3
      -against-                      :    ORDER
                                     :
Carl Garofalo, Sr                    :
                                     :
Defendant                            :
                                     :
-------------------------------------X
```

J. Paul Oetken, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include surrender of all firearms and permits and provide written verification to Pretrial Services, and refrain from possession of a firearm, destructive device or other dangerous weapon.

Dated: New York, New York
November 4, 2021

SO ORDERED:

*[signature]*

J. PAUL OETKEN
United States District Judge