**Michael T. Cornacchia**
ATTORNEY AT LAW

260 Madison Avenue
22nd Floor
New York, New York 10016

*Tel*: 646-278-4297
*Cell*: 917-747-8950
*Fax*: 646-839-2538
mcornacchia@mtclegal.com
www.mtclegal.com

May 6, 2022

**Via ECF**
The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  United States v. Carl Garofalo

20-CR-162 (JPO)

Dear Judge Oetken,

    I represent Carl Garofalo in the above captioned case. By this letter, Mr. Garofalo moves to have the Court issue an order directing the Pretrial Services Office to return his United States passport to him or his designated representative.

    On March 15, 2022, Mr. Garofalo was sentenced to a term of imprisonment of 6 months followed by a one-year period of supervised release. As per the Court's order, he is to self-surrender on May 16, 2022 (he has been designated to Pensacola FCI, as recommended by the Court, at Mr. Garofalo's request). As condition of his release, Mr. Garofalo surrendered his United States passport to the Pretrial Services Office for the Southern District of Florida where he resides. He seeks the return of his passport because if it is not returned it will be forwarded to the Department of State.

    Pretrial Services Officer Nelson Valenzuela, who is supervising Mr. Garofalo's release, has been informed of this application and has no objection.

    Assistant United States Attorney Sarah Mortazavi, who has represented the Government in the case, has been notified of this application and poses no opposition.

Wherefore, it is respectfully requested that the Court issue an Order directing the Pretrial Services Office for the Southern District of Florida to return Mr. Garofalo's United States passport to him or his designated representative.

                                        Respectfully submitted,

                                        /s

                                        _____

                                        Michael T. Cornacchia

**Via ECF**
Cc:  Assistant United States Attorney Sarah Mortazavi
      **By email**
      Pretrial Services Officer Nelson Valenzuela

> Granted.
> Pretrial Services is hereby directed to return Mr. Garofalo's passport to him or to his designated representative.
>   So ordered.
>   5/10/2022

_____
J. PAUL OETKEN
United States District Judge